**GREEN WELLING, P.C.**
Robert S. Green (SBN # 136183)
Charles D. Marshall (SBN # 236444)
Nicole D. Reynolds (SBN # 246255)
Email: cacd.uscourts@classcounsel.com
595 Market Street, Suite 2750
San Francisco, California 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Attorneys for *Plaintiffs*

**JS-6:**
2:08-cv-00906 case, only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG MASTERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, INC, a California corporation.; DIRECTV MERCHANDISING, INC., a Delaware corporation; DIRECTV ENTERPRISES, LLC, a Delaware limited liability company; DIRECTV HOLDINGS LLC, a Delaware limited liability company; and THE DIRECTV GROUP, INC., a Delaware corporation,<br><br>Defendants. | Case No. **2:08-cv-00906-JHN-VBKx**<br><br>**2:07-cv-06465-JHN-VBK**<br><br>**ORDER CONSOLIDATING ACTIONS AND SETTING DISCOVERY SCHEDULE** |

-1-
[PROPOSED] ORDER

Pursuant to the Joint Report Pursuant to Federal Rule of Civil Procedure Rule26(f)submitted by the parties and for good cause shown, IT IS HEREBY ORDERED THAT:

1. Pursuant to Rule 42(a), the above-captioned action and the related matter of *Murphy v. DirecTV, Inc.* 07-cv-6465 JHN (VBKx) are hereby consolidated ("Consolidated Action"). Counsel are instructed that this Consolidated Action will be *John Murphy and Greg Masters v. DIRECTV*, and all future filings shall be under Case Number CV07-06465 JHN (VBKx).

2. The parties shall meet and confer if any additional action is filed in, removed to, or transferred to this Court to determine whether the new action involves the same or substantially similar issues of law and fact and whether consolidation would be appropriate. If the parties agree that the new action is appropriately consolidated with this action, the parties will jointly file a request to consolidate and counsel for Plaintiff shall serve notice on counsel in the action sought to be consolidated. If the parties do not agree whether the new action should be consolidated with this action, the party seeking consolidation may, within ten (10) days after meeting and conferring with the party opposing consolidation, file a motion for consolidation.

3. Plaintiff shall file the Consolidated Class Action Complaint For Damages and Injunctive Relief, as attached to the parties' Joint Report Pursuant to Federal Rule of Civil Procedure Rule 26(f), within 5 court days of entry of this order;

4. Defendant shall answer the Consolidated Class Action Complaint within 20 days of its filing;

6. Factual discovery shall be completed by October 29, 2010.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7. Any report(s) by the Parties' expert(s) shall be served on opposing counsel by December 3, 2010.

8. Any rebuttal report(s) by the Parties' expert(s) shall be served on opposing counsel by January 10, 2011.

9. Depositions of the Parties' experts shall be completed by February 10, 2011.

10. Pre-trial dispositive motions shall be filed on or before January 31, 2011.

**SO ORDERED.**

**Dated: March 9, 2010**

_____
Jacqueline H. Nguyen
United States District Judge

-3-
[PROPOSED] ORDER